# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2010

140708

FRANK RICHARD JACOBSON,
      Plaintiff-Appellant,

v

NORFOLK DEVELOPMENT CORPORATION,
      Defendant-Appellee.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 140708
COA: 287458
Washtenaw CC: 06-000289-CH

On order of the Court, the application for leave to appeal the December 10, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2010

0517

_____
Clerk